JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

DANIEL LOMELI-RODRIGUEZ,          )    Case No. 5:26-cv-01669-DTB
                                  )
                Petitioner,       )    **JUDGMENT**
                                  )
          v.                      )
                                  )
MARKWAYNE MULLIN, Secretary,      )
United States Department of       )
Homeland Security, et al,         )
                                  )
                Respondents.      )
_____

          Pursuant to the Stipulated Order Granting Petition and Entry of Judgment,

          **IT IS ADJUDGED** that the Petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in Petitioner's Motion for a Temporary Restraining Order granted by the District Court (Docket No. 12) on April 13, 2026.

Dated: May 20, 2026
                                    _____
                                    MAAME EWUSI-MENSAH FRIMPONG
                                    United States District Judge

1