**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANIEL LOMELI-RODRIGUEZ, | Case No. 5:26-cv-01562-MEMF-DTB |
| Petitioner, | **AMENDED JUDGMENT** |
| v. | |
| MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security, et al, | |
| Respondents. | |

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment,

**IT IS ADJUDGED** that the Petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in Petitioner's Application for a Temporary Restraining Order granted by the District Court (Docket No. 8) on April 13, 2026.

Dated: May 21, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

1